**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| ------------------------------------------------------------ X |  |  |
| In re: | : | Chapter 11 |
|  | : |  |
| CALRISSIAN LP, | : | Case No. 17-__10356____ (____) |
|  | : |  |
| Debtor. | : |  |
| ------------------------------------------------------------ X |  |  |

**CERTIFICATION OF CREDITOR MATRIX**

   Calrissian LP, as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor") hereby verifies and declares under penalty of perjury that the Creditor Matrix submitted herewith, pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, formatted in portable document format, containing the list of creditors of the Debtor, is complete and, to the best of the Debtor's knowledge, correct and consistent with the Debtor's books and records.

   The information contained in the Creditor Matrix is based on a review of the Debtor's books and records. However, the Debtor has not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the Creditor Matrix. In addition, certain of the entities included in the Creditor Matrix may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtor for purposes of this chapter 11 case. Therefore, this listing does not and should not be deemed to constitute either (i) a waiver of any defenses to any claims that may be asserted against the Debtor, or (ii) an acknowledgment of the validity or amount of any claims that may be asserted against the Debtor.

[*Remainder of page intentionally left blank*]

**Fill in this information to identify the case and this filing:**

Debtor Name __Calrissian LP_____

United States Bankruptcy Court for the: _____  District of __Delaware__
(State)

Case number (*If known*): __17-10356_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __Creditor Matrix_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/15/2017__   ✘ __/s/ Jesse Watson_____
MM / DD / YYYY        Signature of individual signing on behalf of debtor

__Jesse Watson_____
Printed name

__Manager, Virgo Services Company, LLC,__ General Partner of Calrissian LP
Position or relationship to debtor

| Name | Company | Addr1 | Addr2 | Addr3 | City | State | Zip | Fax No. |
|---|---|---|---|---|---|---|---|---|
| J. Matthew Rowand | SunTrust Bank | 303 Peachtree Street, N.E. | 32nd Floor | | Atlanta | GA | 30308 | |
| Sean E. O'Donnell | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | | | New York | NY | 10036 | (212) 872-1002 |
| Trevor Short | Nu Image Inc. | 6423 Wilshire Boulevard | | | Los Angeles | CA | 90048 | (310) 388-6901 |
| Robert M. Schwartz | Irell & Manella, LLP | 1800 Avenue of the Stars | Suite 900 | | Los Angeles | CA | 90067 | (310) 203-7199 |
| Mark A. Perez | Virgo Societas Partnership III (Onshore) LP | 1201 Howard Avenue | 3rd Floor | | Burlingame | CA | 94010 | (650) 461-9117 |
| Mark A. Perez | Virgo Societas Partnership III (Offshore) LP | 1202 Howard Avenue | 4th Floor | | Burlingame | CA | 94010 | (650) 461-9117 |
| Schuyler A. Moore | Strook & Strook & Lavan LLP | 2029 Century Park East | Suite 1600 | | Los Angeles | CA | 90067 | (310) 556-5959 |
| Michael Forte | Cedarwood Consulting | 31-2203 River Court | | | Jersey City | NJ | 07310 | (646) 390-3220 |
| | Securities & Exchange Commission | 100 F Street, NE | | | Washington | DC | 20549 | |
| Attn Andrew Calamari | New York Regional Office | Securities & Exchange Commission | 200 Vesey Street | Suite 400 | New York | NY | 10281-1022 | |
| | Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| | Delaware State Treasury | 820 Silver Lake Blvd. | Suite 100 | | Dover | DE | 19904 | |
| | Secretary of State | Division of Corporations | Franchise Tax | P.O. Box 898 | Dover | DE | 19903 | |

ACTIVE 33418235.1