**Exhibit I**

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | x | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CALRISSIAN LP, | : | Case No. 17-10356 (KG) |
| | : | |
| Debtor.[1] | : | Re D.I. _____ |
| | : | |
| | X | |

---

**ORDER MODIFYING THE AUTOMATIC STAY
TO PERMIT NU IMAGE ARBITRATION TO PROCEED**

Upon the motion (the "Motion")[2] of the Debtor in the above-captioned case for an order modifying the automatic stay to allow the Parties to proceed with the Arbitration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that the relief requested in the Motion is in the best interest of the Debtor's estate, its creditors and, other parties-in-interest; and the Court having found and determined that cause exists to lift the automatic stay pursuant to 11 U.S.C. § 362(d)(1); and after due deliberation and cause appearing therefore, it is **HEREBY ORDERED THAT:**

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Calrissian LP (0751). The Debtor's corporate headquarters is located at 1200 Howard Avenue, 3rd Floor, Burlingame, California 94010.

[2] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Motion.

1. The Motion is GRANTED as set forth herein.

2. The automatic stay of 11 U.S.C. § 362 is hereby modified to permit the Arbitration to proceed and the Parties to prosecute their claims in the Arbitration to a final decision and judgment.

3. Except for the limited purpose set forth in Paragraph 2 of this Order, the automatic stay shall remain in effect.

5. Notwithstanding Bankruptcy Rules 6004(h) and 6006, this Order shall take effect immediately upon its entry.

6. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated:_____, 2017

                                              THE HONORABLE KEVIN GROSS
                                              UNITED STATES BANKRUPTCY JUDGE