**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CALRISSIAN LP.,[1] | ) ) | Case No. 17-10356 (KG) |
| Debtor. | ) ) ) ) ) | Re: D.I. 73 |

**VIRGO ENTITIES' MOTION TO QUASH THE
DOCUMENT SUBPOENA DIRECTED TO NU IMAGE, INC.**

Virgo Investment Group, LLC ("Virgo"), Virgo Societas Partnership III (Onshore), L.P. ("Virgo Onshore"), and Virgo Societas Partnership III (Offshore), L.P. ("Virgo Offshore"), (collectively, the "Virgo Entities"), hereby respectfully file this motion to quash (the "Motion to Quash") the *Document Subpoena Directed to Nu Image, Inc.* [D.I. 73] (the "Subpoena") served by SunTrust Bank N.A. ("SunTrust"), as administrative agent for itself and certain other lenders, on Nu Image, Inc. ("Nu Image") on May 18, 2018, for the reasons set forth below.

1.     On May 18, 2018, SunTrust served Nu Image with the Subpoena setting forth various document requests for information pertaining to California arbitration proceedings brought by Nu Image against Calrissian, L.P. ("Calrissian") and the Virgo Entities (the "Nu Image Arbitration"). The Nu Image Arbitration related to a dispute over post-closing payments pursuant to a Purchase Agreement in connection with Virgo Entities' acquisition of a film distribution company called Millennium Entertainment, LLC. The Purchase Agreement contained a provision which called for the arbitration of disputes between the parties. This provision also contained the following express language regarding confidentiality:

---

[1]     The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number is Calrissian LP (0751). The Debtor's corporate headquarters is located at 1200 Howard Avenue, 3rd Floor, Burlingame, California 94010.

{00023347. }

> Except as may be necessary to enter judgment upon the award, all claims, defenses and proceedings including, but not limited to, the existence of a controversy and the fact that there is an arbitration proceeding) will be treated in a confidential manner by the arbitrator and all those involved in the proceeding.

2. The court should not require the production of confidential information pertaining to the Nu Image Arbitration. *See Cont'l Cas. Co. v. BorgWarner, No.* CV N15M-05-009, 2016 WL 1169107, at *3 (Del. Super. Ct. Mar. 15, 2016), *reconsideration denied sub nom. Cont'l Cas. Co., et al. v. Borgwarner Inc., et al.*, No. CV N15M-05-009, 2016 WL 3909467 (Del. Super. Ct. July 14, 2016), *aff'd sub nom. BorgWarner, Inc. v. First State Ins. Co.*, 163 A.3d 708 (Del. 2017), *and aff'd sub nom. BorgWarner, Inc. v. First State Ins. Co.*, 163 A.3d 708 (Del. 2017) (noting that public policy favors protection of confidential arbitration proceedings and that "[a]llowing third parties to abrogate bargained for confidentiality agreements while fishing for evidence to be used in unrelated litigation would undeniably discourage future parties from engaging in arbitration."). SunTrust has not provided good causes or a compelling need for the confidential information which it seeks through the Subpoena. Further, denial of the subpoena will not cause SunTrust undue hardship. Accordingly, the Court should quash the Subpoena and deny SunTrust's requests seeking such highly confidential information pertaining to the Nu Image Arbitration.

### Reservation of Rights

3. The Virgo Entities expressly reserve, and do not waive, their right to amend, modify or supplement this Objection and to object to the Subpoena and any and all discovery requests of SunTrust on any grounds permitted by law.

**Conclusion**

4. By reason of the foregoing, the Court should quash the Subpoena and deny SunTrust's requests for the production of documents from Nu Image, and grant such other and further relief as the Court otherwise deems necessary and appropriate.

Dated: June 1, 2018
Wilmington, DE

**THE ROSNER LAW GROUP LLC**
*/s/ Scott J. Leonhardt*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Jason A. Gibson (DE 6091)
824 Market Street, Suite 810
Wilmington, DE 19801
Tel.: 302-777-1111
leonhardt@teamrosner.com

-and-

**DIAMOND MCCARTHY LLP**
Andrea Levin Kim
909 Fannin Street, 37th Floor
Houston TX  77010
Tel: 713-333-5107
akim@diamondmccarthy.com

*Counsel for Virgo Investment Group, LLC, Virgo Societas Partnership III (Onshore), L.P. and Virgo Societas Partnership III (Offshore), L.P.*