**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CALRISSIAN LP.,[1] | ) ) | Case No. 17-10356 (KG) |
| Debtor. | ) ) ) |  |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Daniels Tredennick LLP hereby substitutes for Diamond McCarthy LLP, as counsel for Virgo Investment Group, LLC, Virgo Societas Partnership III (Onshore), L.P. and Virgo Societas Partnership III (Offshore), L.P. in any matters pertaining to the above-captioned chapter 11 case (the "Chapter 11 Case").

**PLEASE TAKE FURTHER NOTICE** that copies of all notices and pleadings given or filed in the Chapter 11 Case are to be given and served upon the undersigned at the following address and telephone/facsimile numbers:

Andrea Kim, Esq.
Thomas H. Moss, Esq.
c/o Daniels Tredennick LLP
6363 Woodway, Suite 965
Houston, TX 77057
Tel.: (713) 917-0024
andrea.kim@dtlawyers.com
thomas.moss@dtlawyers.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery,

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number is Calrissian LP (0751). The Debtor's corporate headquarters is located at 1200 Howard Avenue, 3rd Floor, Burlingame, California 94010.

{00025718. }

telephone, telegraph, telex, or otherwise filed or made with regard to the above-referenced matter and all proceedings therein.

| | |
|---|---|
| **THE ROSNER LAW GROUP LLC** | **DIAMOND MCCARTHY LLP** |
| By: */s/ Jason A. Gibson* <br> Frederick B. Rosner (DE 3995) <br> Scott J. Leonhardt (DE 4885) <br> Jason A. Gibson (DE 6091) <br> 824 N. Market Street, Suite 810 <br> Wilmington, Delaware 19801 <br> Tel.: (302) 777-1111 <br> Email: rosner@teamrosner.com <br> leonhardt@teamrosner.com <br> gibson@teamrosner.com | By: */s/ Steve Loden* <br> Steve Loden <br> Two Houston Center <br> 909 Fannin Street, 37th Floor <br> Houston, Texas  77010 <br> Tel: 713-333-5110 <br> Email: sloden@diamondmccarthy.com <br><br> *Withdrawing Counsel for Virgo Investment Group, LLC, Virgo Societas Partnership III (Onshore), L.P. and Virgo Societas Partnership III (Offshore), L.P.* |

and

**DANIELS TREDDENICK LLP**
Andrea Kim, Esq.
Thomas H. Moss, Esq.
6363 Woodway Dr., Suite 965
Houston, TX 77057
Tel.: (713) 917-0024
Email: andrea.kim@dtlawyers.com
    thomas.moss@dtlawyers.com

*Counsel for Virgo Investment Group, LLC, Virgo Societas Partnership III (Onshore), L.P. and Virgo Societas Partnership III (Offshore), L.P.*